Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 17−24541−MBK
                              Chapter: 7
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James E Klausman | Linda A Klausman |
| aka James Klausman, aka James Edmund Klausman | aka Linda A McGuire, aka Linda Klausman, aka Linda Ann Klausman, aka Linda Steinmetz, aka Linda A Steinmetz, aka Linda Ann Steinmetz, aka Linda Ann McGuire, aka Linda McGuire |
| 45 Alwat Street | 45 Alwat Street |
| Woodbridge, NJ 07095 | Woodbridge, NJ 07095 |

Social Security No.:
  xxx−xx−1976                                          xxx−xx−5209

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 30, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 22
Order Granting Application to Employ Berkshire Hathaway HomeServices Fox & Roach as Real Estate Broker (Related Doc # 22). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/30/2017. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 30, 2017
JAN: ckk

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James E Klausman  
Linda A Klausman  
    Debtors

Case No. 17-24541-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 30, 2017  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.  
br           +Berkshire Hathaway HomeServices,   Fox & Roach,   4603 Nottingham Way, Hamilton Square, NJ 08690-3819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:  
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com  
         Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         James Michael Almasy    on behalf of Debtor James E Klausman james@almasylaw.com, james@almasylaw.com  
         James Michael Almasy    on behalf of Joint Debtor Linda A Klausman james@almasylaw.com, james@almasylaw.com  
         John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                 TOTAL: 7