UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Proposed Counsel to John M. McDonnell,*
   *Chapter 7 Trustee*

**Order Filed on August 30, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

JAMES E. KLAUSMAN and
LINDA A. KLAUSMAN,

    Debtors.

Case No. 17-24541 (MBK)

Honorable Michael B. Kaplan

Chapter 7

Recommended Local Form:    ☒  Followed    ☐  Modified

**ORDER AUTHORIZING RETENTION**
**OF REAL ESTATE BROKER TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 30, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: James E. Klausman and Linda A. Klausman

Case No.: 17-24541 (MBK)

Applicant: John M. McDonnell

&boxtimes; Trustee: &boxtimes; Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional: Berkshire Hathaway HomeServices Fox & Roach

Address: 4603 Nottingham Way
Hamilton Square, NJ 08690

☐ Attorney for:

☐ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of _____

&boxtimes; Other Professional:

&boxtimes; Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the professional, Berkshire Hathaway HomeServices Fox & Roach, to act as real estate broker for the Trustee.

2. Berkshire Hathaway HomeServices Fox & Roach will be compensated for the services described herein at a commission rate of five (5%) percent of the purchase price of real property located at 9 B Columbus Blvd., Manchester Township, New Jersey, upon the closing of title relative to the same without the necessity of further Order of this Court. If the Trustee settles with the Debtors or

2

if the case is converted or dismissed, and if funds are available in the estate, Berkshire Hathaway HomeServices Fox & Roach will be compensated $500.00 for preparation of a current market analysis and shall be reimbursed for out-of-pocket expenses without further order of the Court.

3. The effective date of retention is the date the application is filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
James E Klausman  
Linda A Klausman  
      Debtors

Case No. 17-24541-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 30, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.  
db/jdb          +James E Klausman,    Linda A Klausman,    45 Alwat Street,    Woodbridge, NJ 07095-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:

       Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com  
       Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       James Michael Almasy    on behalf of Debtor James E Klausman james@almasylaw.com, james@almasylaw.com  
       James Michael Almasy    on behalf of Joint Debtor Linda A Klausman james@almasylaw.com, james@almasylaw.com  
       John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com  
       John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                        TOTAL: 7