UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 James and Linda Klausman

Case No.: _____17-24541_____

Chapter: _____7_____

Judge: _____Michael B. Kaplan_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: ____James Michael Almasy, Esq._____

This will confirm that on _____9/5/2017_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _E/F_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☐    An updated Summary of Your Assets and Liabilities and Certain Statistical Information

(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]


☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)

[Schedules A/B, D and E/F ONLY]


You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.


Dated: 9/7/2017_____                    Jeanne A. Naughton, Clerk


*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-24541-MBK
James E Klausman                                                      Chapter 7
Linda A Klausman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 07, 2017
                             Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db/jdb        +James E Klausman,   Linda A Klausman,   45 Alwat Street,   Woodbridge, NJ 07095-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
          Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
           bcrowley@mcdonnellcrowley.com
          Denise E. Carlon    on behalf of Creditor   GMAT Legal Title Trust 2013-1, U.S. Bank National
           Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          James Michael Almasy    on behalf of Debtor James E Klausman james@almasylaw.com,
           james@almasylaw.com
          James Michael Almasy    on behalf of Joint Debtor Linda A Klausman james@almasylaw.com,
           james@almasylaw.com
          John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           jcohen@mchfirm.com;NJ95@ecfcbis.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,  jcohen@mchfirm.com;NJ95@ecfcbis.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7