UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
JAMES E. KLAUSMAN and LINDA A. KLAUSMAN

Case No.: <u>17-24541 (MBK)</u>

Chapter: <u>7</u>

Judge: <u>Michael B. Kaplan</u>

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

<u>John M. McDonnell</u>, <u>Chapter 7 Trustee</u>, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court<br>Office of the Clerk Clarkson S. Fisher<br>US Courthouse 402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable <u>Michael B. Kaplan</u> on <u>November 13, 2017</u> at <u>10 a.m.</u> at the United States Bankruptcy Court, courtroom no. <u>8</u>, <u>U.S. Bankruptcy Court 402 E. State Street, Trenton, NJ</u>(hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | See Trustee's objection to exemptions and certain claims |
|---|---|

Pertinent terms of settlement:

Following good faith negotiations, John M. McDonnell, not individually or personally but as the chapter 7 trustee (the "Trustee") for the estates for James E. Klausman and Linda A. Klausman, the chapter 7 debtors (the "Debtors" and together with the Trustee, the "Parties"), in the above captioned case, and the Debtors desire to settle certain claims the Trustee asserts against the Debtors, to avoid further costs of litigation on the terms set forth in a Stipulation and Consent Order (as defined below).

The Trustee, proposes, through his motion (the "9019 Motion"), and application filed in support thereof, for entry of an order approving the proposed stipulation and consent order (the "Stipulation and Consent Order") between the Trustee and the Debtors, and granting related relief, pursuant to section 105(a) of Bankruptcy Code, and Bankruptcy Rule 9019. *See* Docket No. 46. Interested parties should refer to the 9019 Motion and the documents filed in support thereof, including, the Stipulation and Consent Order, for the complete and detailed substance and information thereof.

By way of brief summary, the Trustee objects to certain claims of exemptions and the disposition of certain real and personal property that the estates' claims an ownership interest.

The Stipulation and Consent Order is subject to approval by the Bankruptcy Court and shall become effective on the date it is approved by the Bankruptcy Court (the "Effective Date"). The Debtor shall pay to the Trustee the sum of $15,000 (the "Settlement Payment"). The Parties exchange certain claim waivers.

The Stipulation and Consent Order is not meant in any way to resolve any claims the Trustee and/or the estates may have against third parties. The Trustee, in his business judgment, believes that such settlement is in the best interest of the estates and its creditors because such payment may produce a distribution to unsecured creditors, without the uncertainty and length of potential litigation.

Objections must be served on, and requests for additional information directed to:

Name:              McDonnell Crowley, LLC
Address:           115 Maple Ave., Red Bank, NJ 07701
Telephone No.:     (732)383-7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24541-MBK
James E Klausman                                                          Chapter 7
Linda A Klausman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4            Date Rcvd: Oct 11, 2017
                              Form ID: pdf905          Total Noticed: 102


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
```
db/jdb         +James E Klausman,    Linda A Klausman,    45 Alwat Street,    Woodbridge, NJ 07095-2445
br             +Berkshire Hathaway HomeServices,    Fox & Roach,    4603 Nottingham Way,
                 Hamilton Square, NJ 08690-3819
acc            +Speed Financial Services, In.,    99 Morris Avenue,    Springfield, NJ 07081-1421
516949411       ARS,   PO Box 459079,    Fort Lauderdale, FL 33345-9079
516949407      +Ambulatory Surgery Center of New Jersey,    PO Box 65020,    Newark, NJ 07101-8072
516949409      +American Neuromonitoring Assoc,    10420 Little Patuxent Pkwy,    Suite 250,
                 Columbia, MD 21044-3638
516949412      +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
516949414      +B & B Collections Inc,    PO Box 2137,    Toms River, NJ 08754-2137
516949415      +B3 Diagnostic Laboratory,    P.O. Box 9197,    College Station, TX 77842-9197
516949417     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517057135       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516949419       CareCentrix,   P.O. Box 277947,    Atlanta, GA 30384-7947
516949420      +Celtic Bank/contfinco,    121 Continental Dr Ste 1,    Newark, DE 19713-4325
516949421      #Central Credit Services,    PO Box 1880,    Saint Charles, MO 63302-1880
516949425      +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
516949426      +City of Asbury Park,    Attn: Fire Department,    One Municipal Plaza,
                 Asbury Park, NJ 07712-7066
516949436       Department of Education/Nelnet,    P.O. Box 740283,    Atlanta, GA 30374-0283
517051970      +Dr. Stanley J. Klein, F.A.C.F.S.,    Dr. Warren E. Kaplan, F.A.C.F.S.,    1030 St. Georges Avenue,
                 Suite 101,    Avenel, New Jersey 07001-1330
516949439      +Dr. Vinod K Sinha MD PA,    260 Hobart Street,    Perth Amboy, NJ 08861-4311
516949440      +Eastern Dental of Woodbridge General,    1030 St. George Avenue,    Avenel, NJ 07001-1330
516949441      +Edison Kidney Center at Woodbridge,    423 Woodbridge Avenue,    Woodbridge, NJ 07095-1305
516949443       Edison Nephrology Consultants, LLC,    34-36 Progress Street,    Suite A7,
                 Edison, NJ 08820-1197
516949444      +Emergency Phy Assoc. of North Jersey,    1 Riverview Plaza,    Red Bank, NJ 07701-1864
516949445       Excelent Dental of Woodbridge,    870 St. George Avenue,    Woodbridge, NJ 07095
516949446      +Family Podiatry Center,    1030 St Georges Avenue,    Avenel, NJ 07001-3103
516949447       First Premier bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
516949448      +Fusion Diagnostic Laboratories,    210 Malapardis Road,    Cedar Knolls, NJ 07927-1121
517051971      +Garden State Bone & Joint Spec,    1000 Route 9 North,    Suite 306,    Woodbridge, NJ 07095-1200
516949450      +Garden State Bone & Joint Spec.,    1000 Route 9 North,    Woodbridge, NJ 07095-1200
516949451      +Gastroenterology Consultants,    205 May Street,    Suite 201,    Edison, NJ 08837-3267
516949453      +IFA Insurance Co.,    14 Walnut Avenue,    Clark, NJ 07066-1606
516949454       JCP&L,   P.O. Box 16001,    Reading, PA 19612-6001
517051972     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
               (address filed with court: Jersey Central Power & Light,     P.O. Box 3687,
                 Akron, OH 44309-3687)
516949455      +Jeff Pan MD PC,    1101 Amboy Avenue,    Edison, NJ 08837-2856
516949465       LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
516949463       Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
516949468       MCS Claim Services, Inc.,    123 Frost Street,    Suite 202,    Westbury, NY 11590-5027
516949466       May Street Surgi Center,    205 May Street,    Suite 103,    Edison, NJ 08837-3267
516949469      +Middlesex Water Co.,    1500 Ronson Road,    Iselin, NJ 08830-3020
517051973      +N.J. Neuroscience Institute,    65 James Street,    Edison, New Jersey 08820-3947
516949475       NJ Healthcare Specialists PC,    PO Box 419378,    Boston, MA 02241-9378
516949476       NJ Imaging Network,    27695 Network Place,    Chicago, IL 60673-1276
516949471       New Jersey Foot & Ankle Associates, LLC,    2050 State Route 27,    Suite 101,
                 North Brunswick, NJ 08902-1380
516949472      +New Jersey Urology,    1515 Broad Street,    Suite B130,    Bloomfield, NJ 07003-3085
516949473      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
516949480      +PNC Bank,   6750 Miller Road,    Brecksville, OH 44141-3239
516949477      +Parker McCay,    9000 Midlantic Drive,    Suite 300,    P.O. Box 5054,
                 Mount Laurel, NJ 08054-5054
517051974       Paula G. Kaplan, Esq.,    Sara A. Younger, Esq.,    55 Morris Avenue,    Suite 200,    P.O. Box 96,
                 Springfield, NJ 07081-0096
516949478      +Perth Amboy Diagnostic Imaging,    607 Amboy Avenue,    Perth Amboy, NJ 08861-5300
516949481       Princeton Healthcare System,    PO Box 4045,    Gaithersburg, MD 20885-4045
516949483       Princeton Orthopaedic Assoc. II PA,    325 Princeton Avenue,    Princeton, NJ 08540-1617
517051975       Princeton Orthopedic Associates II PA,    325 Princeton Avenue,
                 Princeton, New Jersey 08540-1617
516949484      +Princeton Radiology Associates PA,    PO Box 24009,    Newark, NJ 07101-0440
516949488      +Princeton Surgical Associates,    5 Plainsboro Road,    Suite 400,    Plainsboro, NJ 08536-1915
516949489       Progessive Garden State Insurance Co.,    PO Box 55126,    Boston, MA 02205-5126
516949493      +RMB, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
517051977      +RWJ Physician Enterprise PA,    P.O. Box 826405,    Philadelphia, PA 19182-6405
516949490       Rahway Emergency Medical Assoc.,    PO Box 5294,    Parsippany, NJ 07054-6294
516949492       Raritan Bay Medical Center,    PO Box 11664,    Newark, NJ 07101-4664
516949500       Rutgers - RWJMG,    P.O. Box 829650,    Philadelphia, PA 19182-9650
```

```
District/off: 0312-3          User: admin             Page 2 of 4                   Date Rcvd: Oct 11, 2017
                              Form ID: pdf905         Total Noticed: 102


517051978      +SMA Specialty Medical Lab,    940 Pennsylvania Boulevard,    Suite A,
                 Feasterville, PA 19053-7834
516949506       Soloman and Soloman PC,    PO Box 15019,    Albany, NY 12212-5019
516949507      +Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
516949509      +Stoneyberry,    1356 Wiliams Street,    Chippewa Falls, WI 54729-1500
516949510       Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
516949511      +Surge Mastercard,    PO Box 3220,    Buffalo, NY 14240-3220
516949512      +Synergy Medical Laboratories PC,    42 Throckmorton lane,    Basement,
                 Old Bridge, NJ 08857-2572
516949514       Terminix,    PO Box 742592,    Cincinnati, OH 45274-2592
516949516      +Transnational Limited LLC,    1162 St Georges Avenue,    Suite 279,    Avenel, NJ 07001-1263
516949518       Vengroff Williams Inc.,    PO Box 4155,    Sarasota, FL 34230-4155
516949519       Verizon Wireless,    PO Box 660108,    Dallas, TX 75266-0108
516949520       Virtual Radiologic Corporation,    3625 Quakerbridge Road,    Trenton, NJ 08619-1268
516949522      +www.resortscasino.com,    1133 Boardwalk,    Atlantic City, NJ 08401-7329
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2017 23:10:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2017 23:10:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516949410       E-mail/Text: ebn@americollect.com Oct 11 2017 23:10:25     AmeriCollect,    PO Box 1690,
                 Manitowoc, WI 54221-1690
516949413       E-mail/Text: g17768@att.com Oct 11 2017 23:09:33     AT&T,    PO Box 5014,
                 Carol Stream, IL 60197-5014
517067218       E-mail/Text: ally@ebn.phinsolutions.com Oct 11 2017 23:09:31     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516949406      +E-mail/Text: ally@ebn.phinsolutions.com Oct 11 2017 23:09:31     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
516949408      +E-mail/Text: bkrpt@retrievalmasters.com Oct 11 2017 23:10:15
                 American Medical Collection Agency,    4 Westchester Plaza,    Bldg 4,    Elmsford, NY 10523-1615
516949422      +E-mail/Text: bankruptcy@certifiedcollection.com Oct 11 2017 23:10:07
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516949424      +E-mail/Text: compliance@chaserec.com Oct 11 2017 23:11:13     Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
516949427       E-mail/Text: tuscolsup@fisglobal.com Oct 11 2017 23:10:59
                 Complete Payment Recovery Services,    PO Box 30272,    Tampa, FL 33630-3272
516949431      +E-mail/Text: tuscolsup@fisglobal.com Oct 11 2017 23:10:59
                 Complete Payment Recovery Services Inc.,    3500 5th Street,    Northport, AL 35476-4723
516949432      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 11 2017 23:11:11     Credit Coll,
                 Po Box 607,    Norwood, MA 02062-0607
516949433      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 11 2017 23:11:11
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
516949434      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 11 2017 23:13:14     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516949437      +E-mail/Text: electronicbkydocs@nelnet.net Oct 11 2017 23:10:22     Dept Of Education/neln,
                 3015 Parker Rd,    Aurora, CO 80014-2904
516949459       E-mail/Text: masmith@jfkhealth.org Oct 11 2017 23:10:59     JFK Medical Center,    PO Box 11913,
                 Newark, NJ 07101-4913
516949456      +E-mail/Text: collections@jeffersonassociates.com Oct 11 2017 23:10:24     Jefferson Assoc,
                 Div. of Palmar, Inc.,    PO Box 416,    Fords, NJ 08863-0416
516949458      +E-mail/Text: collections@jeffersonassociates.com Oct 11 2017 23:10:24     Jefferson Associates,
                 3 Coral St,    Edison, NJ 08837-3242
517105577       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2017 23:13:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516949470       E-mail/Text: bankruptcydepartment@tsico.com Oct 11 2017 23:11:04     NCO Financial Systems,
                 PO Box 15372,    Wilmington, DE 19850-5372
517107364      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2017 23:13:19
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
516949501       E-mail/Text: rwjebn@rwjbh.org Oct 11 2017 23:11:14     RWJ University Hospital,
                 Department of Pathology & Clinical Lab,    P.O. Box 15448,    Newark, NJ 07192-5448
516949494       E-mail/Text: rwjebn@rwjbh.org Oct 11 2017 23:11:14     Robert Wood Johnson Medical Center,
                 PO Box 15448,    Newark, NJ 07192-5448
516949508       E-mail/Text: appebnmailbox@sprint.com Oct 11 2017 23:10:13     Sprint PCS,    PO Box 4191,
                 Carol Stream, IL 60197-4190
516949504      +E-mail/Text: bankruptcy@savit.com Oct 11 2017 23:11:16     Savit Collection Agency,
                 P.O. Box 250,    East Brunswick, NJ 08816-0250
516949515      +E-mail/Text: bknotices@providentnj.com Oct 11 2017 23:11:01     The Provident Bank,
                 239 Washington Avenue,    Jersey City, NJ 07302-3828
516949517      +E-mail/Text: bankruptcydepartment@tsico.com Oct 11 2017 23:11:04     Transworld Systems, Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
517053148      +E-mail/Text: electronicbkydocs@nelnet.net Oct 11 2017 23:10:22
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln NE 68508-1911
516949521      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 11 2017 23:11:00     Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 29
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Oct 11, 2017
                              Form ID: pdf905          Total Noticed: 102


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516949416*     +B3 Diagnostic Laboratory,    P.O. Box 9197,    College Station, TX 77842-9197
516949418*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516949423*     +Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516949428*      Complete Payment Recovery Services,    PO Box 30272,    Tampa, FL 33630-3272
516949429*      Complete Payment Recovery Services,    PO Box 30272,    Tampa, FL 33630-3272
516949430*      Complete Payment Recovery Services,    PO Box 30272,    Tampa, FL 33630-3272
516949438*     +Dept Of Education/neln,    3015 Parker Rd,    Aurora, CO 80014-2904
516949442*     +Edison Kidney Center at Woodbridge,    423 Woodbridge Avenue,    Woodbridge, NJ 07095-1305
516949449*     +Fusion Diagnostic Laboratories,    210 Malapardis Road,    Cedar Knolls, NJ 07927-1121
516949452*     +Gastroenterology Consultants,    205 May Street,    Suite 201,    Edison, NJ 08837-3267
516949460*      JFK Medical Center,    PO Box 11913,    Newark, NJ 07101-4913
516949461*      JFK Medical Center,    PO Box 11913,    Newark, NJ 07101-4913
516949462*      JFK Medical Center,    PO Box 11913,    Newark, NJ 07101-4913
516949457*     +Jefferson Assoc,    Div. of Palmar, Inc.,    PO Box 416,    Fords, NJ 08863-0416
517028489*     +Jefferson Associates,    3 Coral St.,    Edison, NJ 08837-3242
516949464*      Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
516949467*      May Street Surgi Center,    205 May Street,    Suite 103,    Edison, NJ 08837-3267
516949474*     +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
516949479*     +Perth Amboy Diagnostic Imaging,    607 Amboy Avenue,    Perth Amboy, NJ 08861-5300
516949482*      Princeton Healthcare System,    PO Box 4045,    Gaithersburg, MD 20885-4045
516949485*     +Princeton Radiology Associates PA,    PO Box 24009,    Newark, NJ 07101-0440
516949486*     +Princeton Radiology Associates PA,    PO Box 24009,    Newark, NJ 07101-0440
516949487*     +Princeton Radiology Associates PA,    PO Box 24009,    Newark, NJ 07101-0440
516949502*      RWJ University Hospital,    Department of Pathology & Clinical Lab,    P.O. Box 15448,
                 Newark, NJ 07192-5448
516949503*      RWJ University Hospital,    Department of Pathology & Clinical Lab,    P.O. Box 15448,
                 Newark, NJ 07192-5448
516949491*      Rahway Emergency Medical Assoc.,    PO Box 5294,    Parsippany, NJ 07054-6294
516949495*      Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
516949496*      Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
516949497*      Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
516949498*      Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
516949499*      Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
517051976*      Rutgers  RWJMG,    P.O. Box 829650,    Philadelphia, PA 19182-9650
516949505*     +Savit Collection Agency,    P.O. Box 250,    East Brunswick, NJ 08816-0250
517051979*     +Surge Mastercard,    P.O. Box 3220,    Buffalo, NY 14240-3220
516949513*     +Synergy Medical Laboratories PC,    42 Throckmorton lane,    Basement,
                 Old Bridge, NJ 08857-2572
516949523*     +www.resortscasino.com,    1133 Boardwalk,    Atlantic City, NJ 08401-7329
516949524*     +www.resortscasino.com,    1133 Boardwalk,    Atlantic City, NJ 08401-7329
516949525*     +www.resortscasino.com,    1133 Boardwalk,    Atlantic City, NJ 08401-7329
516949435      ##Deby Recovery Solutions, LLC,    PO Box 9001,    Westbury, NY 11590-9001
                                                                                        TOTALS: 0, * 38, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin               Page 4 of 4             Date Rcvd: Oct 11, 2017
                                Form ID: pdf905           Total Noticed: 102
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor   GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              James Michael Almasy    on behalf of Debtor James E Klausman james@almasylaw.com,
               james@almasylaw.com
              James Michael Almasy    on behalf of Joint Debtor Linda A Klausman james@almasylaw.com,
               james@almasylaw.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               jcohen@mchfirm.com;NJ95@ecfcbis.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,  jcohen@mchfirm.com;NJ95@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```