| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James E Klausman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1976<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Linda A Klausman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5209<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–24541–MBK | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James E Klausman
aka James Klausman, aka James Edmund Klausman

Linda A Klausman
aka Linda A McGuire, aka Linda Klausman, aka Linda Ann Klausman, aka Linda Steinmetz, aka Linda A Steinmetz, aka Linda Ann Steinmetz, aka Linda Ann McGuire, aka Linda McGuire

10/20/17

**By the court:**   Michael B. Kaplan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-24541-MBK
James E Klausman                                                                Chapter 7
Linda A Klausman
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 4            Date Rcvd: Oct 20, 2017
                              Form ID: 318            Total Noticed: 102

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.

```
db/jdb         +James E Klausman,   Linda A Klausman,   45 Alwat Street,   Woodbridge, NJ 07095-2445
br             +Berkshire Hathaway HomeServices,   Fox & Roach,   4603 Nottingham Way,
                 Hamilton Square, NJ 08690-3819
acc            +Speed Financial Services, In.,   99 Morris Avenue,   Springfield, NJ 07081-1421
516949411       ARS,   PO Box 459079,   Fort Lauderdale, FL 33345-9079
516949407      +Ambulatory Surgery Center of New Jersey,   PO Box 65020,   Newark, NJ 07101-8072
516949409      +American Neuromonitoring Assoc,   10420 Little Patuxent Pkwy,   Suite 250,
                 Columbia, MD 21044-3638
516949412      +Ars Account Resolution,   1643 Harrison Pkwy Ste 1,   Sunrise, FL 33323-2857
516949414      +B & B Collections Inc,   PO Box 2137,   Toms River, NJ 08754-2137
516949415      +B3 Diagnostic Laboratory,   P.O. Box 9197,   College Station, TX 77842-9197
516949419       CareCentrix,   P.O. Box 277947,   Atlanta, GA 30384-7947
516949420      +Celtic Bank/contfinco,   121 Continental Dr Ste 1,   Newark, DE 19713-4325
516949421      #Central Credit Services,   PO Box 1880,   Saint Charles, MO 63302-1880
516949426      +City of Asbury Park,   Attn: Fire Department,   One Municipal Plaza,
                 Asbury Park, NJ 07712-7066
516949436       Department of Education/Nelnet,   P.O. Box 740283,   Atlanta, GA 30374-0283
517051970      +Dr. Stanley J. Klein, F.A.C.F.S.,   Dr. Warren E. Kaplan, F.A.C.F.S.,   1030 St. Georges Avenue,
                 Suite 101,   Avenel, New Jersey 07001-1330
516949439      +Dr. Vinod K Sinha MD PA,   260 Hobart Street,   Perth Amboy, NJ 08861-4311
516949440      +Eastern Dental of Woodbridge General,   1030 St. George Avenue,   Avenel, NJ 07001-1330
516949441      +Edison Kidney Center at Woodbridge,   423 Woodbridge Avenue,   Woodbridge, NJ 07095-1305
516949443       Edison Nephrology Consultants, LLC,   34-36 Progress Street,   Suite A7,
                 Edison, NJ 08820-1197
516949444      +Emergency Phy Assoc. of North Jersey,   1 Riverview Plaza,   Red Bank, NJ 07701-1864
516949445       Excelident Dental of Woodbridge,   870 St. George Avenue,   Woodbridge, NJ 07095
516949446      +Family Podiatry Center,   1030 St Georges Avenue,   Avenel, NJ 07001-3103
516949448      +Fusion Diagnostic Laboratories,   210 Malapardis Road,   Cedar Knolls, NJ 07927-1121
517051971      +Garden State Bone & Joint Spec,   1000 Route 9 North,   Suite 306,   Woodbridge, NJ 07095-1200
516949450      +Garden State Bone & Joint Spec.,   1000 Route 9 North,   Woodbridge, NJ 07095-1200
516949451      +Gastroenterology Consultants,   205 May Street,   Suite 201,   Edison, NJ 08837-3267
516949453      +IFA Insurance Co.,   14 Walnut Avenue,   Clark, NJ 07066-1606
516949454       JCP&L,   P.O. Box 16001,   Reading, PA 19612-6001
517051972      ++JERSEY CENTRAL POWER AND LIGHT COMPANY,   BUILDING 3,   331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
                (address filed with court: Jersey Central Power & Light,   P.O. Box 3687,
                 Akron, OH 44309-3687)
516949455      +Jeff Pan MD PC,   1101 Amboy Avenue,   Edison, NJ 08837-2856
516949465       LCA Collections,   PO Box 2240,   Burlington, NC 27216-2240
516949463       Lab Corp,   PO Box 2240,   Burlington, NC 27216-2240
516949468       MCS Claim Services, Inc.,   123 Frost Street,   Suite 202,   Westbury, NY 11590-5027
516949466       May Street Surgi Center,   205 May Street,   Suite 103,   Edison, NJ 08837-3267
516949469      +Middlesex Water Co.,   1500 Ronson Road,   Iselin, NJ 08830-3020
517051973      +N.J. Neuroscience Institute,   65 James Street,   Edison, New Jersey 08820-3947
516949475       NJ Healthcare Specialists PC,   PO Box 419378,   Boston, MA 02241-9378
516949476       NJ Imaging Network,   27695 Network Place,   Chicago, IL 60673-1276
516949471       New Jersey Foot & Ankle Associates, LLC,   2050 State Route 27,   Suite 101,
                 North Brunswick, NJ 08902-1380
516949472      +New Jersey Urology,   1515 Broad Street,   Suite B130,   Bloomfield, NJ 07003-3085
516949473      +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
516949480      +PNC Bank,   6750 Miller Road,   Brecksville, OH 44141-3239
516949477      +Parker McCay,   9000 Midlantic Drive,   Suite 300,   P.O. Box 5054,
                 Mount Laurel, NJ 08054-5054
517051974       Paula G. Kaplan, Esq.,   Sara A. Younger, Esq.,   55 Morris Avenue,   Suite 200,   P.O. Box 96,
                 Springfield, NJ 07081-0096
516949478      +Perth Amboy Diagnostic Imaging,   607 Amboy Avenue,   Perth Amboy, NJ 08861-5300
516949481       Princeton Healthcare System,   PO Box 4045,   Gaithersburg, MD 20885-4045
516949483       Princeton Orthopaedic Assoc. II PA,   325 Princeton Avenue,   Princeton, NJ 08540-1617
517051975       Princeton Orthopedic Associates II PA,   325 Princeton Avenue,
                 Princeton, New Jersey 08540-1617
516949484      +Princeton Radiology Associates PA,   PO Box 24009,   Newark, NJ 07101-0440
516949488      +Princeton Surgical Associates,   5 Plainsboro Road,   Suite 400,   Plainsboro, NJ 08536-1915
516949489       Progessive Garden State Insurance Co.,   PO Box 55126,   Boston, MA 02205-5126
516949493      +RMB, Inc.,   409 Bearden Park Circle,   Knoxville, TN 37919-7448
517051977      +RWJ Physician Enterprise PA,   P.O. Box 826405,   Philadelphia, PA 19182-6405
516949490       Rahway Emergency Medical Assoc.,   PO Box 5294,   Parsippany, NJ 07054-6294
516949492       Raritan Bay Medical Center,   PO Box 11664,   Newark, NJ 07101-4664
516949500       Rutgers - RWJMG,   P.O. Box 829650,   Philadelphia, PA 19182-9650
517051978      +SMA Specialty Medical Lab,   940 Pennsylvania Boulevard,   Suite A,
                 Feasterville, PA 19053-7834
516949506       Soloman and Soloman PC,   PO Box 15019,   Albany, NY 12212-5019
516949507      +Specialized Loan Servicing LLC,   8742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129-2386
516949509      +Stoneyberry,   1356 Wiliams Street,   Chippewa Falls, WI 54729-1500
```

```
District/off: 0312-3          User: admin              Page 2 of 4                  Date Rcvd: Oct 20, 2017
                              Form ID: 318             Total Noticed: 102


516949510      Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
516949511     +Surge Mastercard,    PO Box 3220,    Buffalo, NY 14240-3220
516949512     +Synergy Medical Laboratories PC,    42 Throckmorton lane,    Basement,
               Old Bridge, NJ 08857-2572
516949514      Terminix,    PO Box 742592,    Cincinnati, OH 45274-2592
516949516     +Transnational Limited LLC,    1162 St Georges Avenue,    Suite 279,    Avenel, NJ 07001-1263
516949518      Vengroff Williams Inc.,    PO Box 4155,    Sarasota, FL 34230-4155
516949520      Virtual Radiologic Corporation,    3625 Quakerbridge Road,    Trenton, NJ 08619-1268
516949522     +www.resortscasino.com,    1133 Boardwalk,    Atlantic City, NJ 08401-7329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:06      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ  07102-5235
516949410      E-mail/Text: ebn@americollect.com Oct 20 2017 23:05:12      AmeriCollect,    PO Box 1690,
               Manitowoc, WI 54221-1690
516949413      EDI: ATTWIREBK.COM Oct 20 2017 22:48:00      AT&T,    PO Box 5014,    Carol Stream, IL 60197-5014
517067218      EDI: GMACFS.COM Oct 20 2017 22:48:00      Ally Financial,    PO Box 130424,
               Roseville MN 55113-0004
516949406     +EDI: GMACFS.COM Oct 20 2017 22:48:00      Ally Financial,    200 Renaissance Ctr,
               Detroit, MI 48243-1300
516949408     +EDI: RMCB.COM Oct 20 2017 22:48:00      American Medical Collection Agency,
               4 Westchester Plaza,    Bldg 4,    Elmsford, NY 10523-1615
516949417      EDI: CAPITALONE.COM Oct 20 2017 22:48:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238
517057135      EDI: CAPITALONE.COM Oct 20 2017 22:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
516949422     +E-mail/Text: bankruptcy@certifiedcollection.com Oct 20 2017 23:04:50
               Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516949424     +E-mail/Text: compliance@chaserec.com Oct 20 2017 23:06:02      Chase Receivables,
               1247 Broadway,    Sonoma, CA 95476-7503
516949425     +EDI: CHRM.COM Oct 20 2017 22:48:00      Chrysler Capital,    Po Box 961275,
               Fort Worth, TX 76161-0275
516949427      E-mail/Text: tuscolsup@fisglobal.com Oct 20 2017 23:05:41
               Complete Payment Recovery Services,    PO Box 30272,    Tampa, FL 33630-3272
516949431     +E-mail/Text: tuscolsup@fisglobal.com Oct 20 2017 23:05:41
               Complete Payment Recovery Services Inc.,    3500 5th Street,    Northport, AL 35476-4723
516949432     +EDI: CCS.COM Oct 20 2017 22:48:00      Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
516949433     +EDI: CCS.COM Oct 20 2017 22:48:00      Credit Collection Services,    Two Wells Avenue,
               Newton Center, MA 02459-3246
516949434     +EDI: RCSFNBMARIN.COM Oct 20 2017 22:48:00      Credit One Bank Na,    Po Box 98875,
               Las Vegas, NV 89193-8875
516949437     +E-mail/Text: electronicbkydocs@nelnet.net Oct 20 2017 23:05:08      Dept Of Education/neln,
               3015 Parker Rd,    Aurora, CO 80014-2904
516949447      EDI: AMINFOFP.COM Oct 20 2017 22:48:00      First Premier bank,    PO Box 5524,
               Sioux Falls, SD 57117-5524
516949459      E-mail/Text: masmith@jfkhealth.org Oct 20 2017 23:05:42      JFK Medical Center,    PO Box 11913,
               Newark, NJ 07101-4913
516949456     +E-mail/Text: collections@jeffersonassociates.com Oct 20 2017 23:05:09      Jefferson Assoc,
               Div. of Palmar, Inc.,    PO Box 416,    Fords, NJ 08863-0416
516949458     +E-mail/Text: collections@jeffersonassociates.com Oct 20 2017 23:05:09      Jefferson Associates,
               3 Coral St,    Edison, NJ 08837-3242
517105577      EDI: RESURGENT.COM Oct 20 2017 22:48:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Santander Consumer USA,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516949470      E-mail/Text: bankruptcydepartment@tsico.com Oct 20 2017 23:05:54      NCO Financial Systems,
               PO Box 15372,    Wilmington, DE 19850-5372
517107364     +EDI: RESURGENT.COM Oct 20 2017 22:48:00      PYOD, LLC its successors and assigns as assignee,
               of FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516949501      E-mail/Text: rwjebn@rwjbh.org Oct 20 2017 23:06:02      RWJ University Hospital,
               Department of Pathology & Clinical Lab,    P.O. Box 15448,    Newark, NJ 07192-5448
516949494      E-mail/Text: rwjebn@rwjbh.org Oct 20 2017 23:06:02      Robert Wood Johnson Medical Center,
               PO Box 15448,    Newark, NJ 07192-5448
516949508      EDI: NEXTEL.COM Oct 20 2017 22:48:00      Sprint PCS,    PO Box 4191,
               Carol Stream, IL 60197-4190
516949504     +E-mail/Text: bankruptcy@savit.com Oct 20 2017 23:06:06      Savit Collection Agency,
               P.O. Box 250,    East Brunswick, NJ 08816-0250
516949515     +E-mail/Text: bknotices@providentnj.com Oct 20 2017 23:05:45      The Provident Bank,
               239 Washington Avenue,    Jersey City, NJ 07302-3828
516949517     +E-mail/Text: bankruptcydepartment@tsico.com Oct 20 2017 23:05:54      Transworld Systems, Inc.,
               507 Prudential Road,    Horsham, PA 19044-2308
517053148     +E-mail/Text: electronicbkydocs@nelnet.net Oct 20 2017 23:05:08
               US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
               Lincoln NE 68508-1911
516949519      EDI: VERIZONWIRE.COM Oct 20 2017 22:48:00      Verizon Wireless,    PO Box 660108,
               Dallas, TX 75266-0108
516949521     +EDI: BLUESTEM Oct 20 2017 22:48:00      Webbank/fingerhut,    6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
```

```
District/off: 0312-3          User: admin              Page 3 of 4            Date Rcvd: Oct 20, 2017
                              Form ID: 318             Total Noticed: 102


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516949416*      +B3 Diagnostic Laboratory,    P.O. Box 9197,    College Station, TX 77842-9197
516949418*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516949423*      +Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516949428*       Complete Payment Recovery Services,    PO Box 30272,    Tampa, FL 33630-3272
516949429*       Complete Payment Recovery Services,    PO Box 30272,    Tampa, FL 33630-3272
516949430*       Complete Payment Recovery Services,    PO Box 30272,    Tampa, FL 33630-3272
516949438*      +Dept Of Education/neln,    3015 Parker Rd,    Aurora, CO 80014-2904
516949442*      +Edison Kidney Center at Woodbridge,    423 Woodbridge Avenue,    Woodbridge, NJ 07095-1305
516949449*      +Fusion Diagnostic Laboratories,    210 Malapardis Road,    Cedar Knolls, NJ 07927-1121
516949452*      +Gastroenterology Consultants,    205 May Street,    Suite 201,    Edison, NJ 08837-3267
516949460*       JFK Medical Center,    PO Box 11913,    Newark, NJ 07101-4913
516949461*       JFK Medical Center,    PO Box 11913,    Newark, NJ 07101-4913
516949462*       JFK Medical Center,    PO Box 11913,    Newark, NJ 07101-4913
516949457*      +Jefferson Assoc,   Div. of Palmar, Inc.,    PO Box 416,    Fords, NJ 08863-0416
517028489*      +Jefferson Associates,    3 Coral St.,    Edison, NJ 08837-3242
516949464*       Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
516949467*       May Street Surgi Center,    205 May Street,    Suite 103,    Edison, NJ 08837-3267
516949474*      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
516949479*      +Perth Amboy Diagnostic Imaging,    607 Amboy Avenue,    Perth Amboy, NJ 08861-5300
516949482*       Princeton Healthcare System,    PO Box 4045,    Gaithersburg, MD 20885-4045
516949485*      +Princeton Radiology Associates PA,    PO Box 24009,    Newark, NJ 07101-0440
516949486*      +Princeton Radiology Associates PA,    PO Box 24009,    Newark, NJ 07101-0440
516949487*      +Princeton Radiology Associates PA,    PO Box 24009,    Newark, NJ 07101-0440
516949502*       RWJ University Hospital,    Department of Pathology & Clinical Lab,    P.O. Box 15448,
                  Newark, NJ 07192-5448
516949503*       RWJ University Hospital,    Department of Pathology & Clinical Lab,    P.O. Box 15448,
                  Newark, NJ 07192-5448
516949491*       Rahway Emergency Medical Assoc.,    PO Box 5294,    Parsippany, NJ 07054-6294
516949495*       Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
516949496*       Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
516949497*       Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
516949498*       Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
516949499*       Robert Wood Johnson Medical Center,    PO Box 15448,    Newark, NJ 07192-5448
517051976*       Rutgers  RWJMG,    P.O. Box 829650,    Philadelphia, PA 19182-9650
516949505*      +Savit Collection Agency,    P.O. Box 250,    East Brunswick, NJ 08816-0250
517051979*      +Surge Mastercard,    P.O. Box 3220,    Buffalo, NY 14240-3220
516949513*      +Synergy Medical Laboratories PC,    42 Throckmorton lane,    Basement,
                  Old Bridge, NJ 08857-2572
516949523*      +www.resortscasino.com,    1133 Boardwalk,    Atlantic City, NJ 08401-7329
516949524*      +www.resortscasino.com,    1133 Boardwalk,    Atlantic City, NJ 08401-7329
516949525*      +www.resortscasino.com,    1133 Boardwalk,    Atlantic City, NJ 08401-7329
516949435      ##Deby Recovery Solutions, LLC,    PO Box 9001,    Westbury, NY 11590-9001
                                                                                 TOTALS: 0, * 38, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin                  Page 4 of 4             Date Rcvd: Oct 20, 2017
                               Form ID: 318                 Total Noticed: 102
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor   GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Michael Almasy    on behalf of Debtor James E Klausman james@almasylaw.com,
               james@almasylaw.com
              James Michael Almasy    on behalf of Joint Debtor Linda A Klausman james@almasylaw.com,
               james@almasylaw.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               jcohen@mchfirm.com;NJ95@ecfcbis.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```