Caption in Compliance with D.B,H, KBR 9004-2 ( c )

Speed Financial Services, Inc.
99 Morris Avenue
Springfield, New Jersey 07081
(973) 912-8216

Order Filed on December 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.    17-24541(MBK) |
|---|---|
| JAMES E. KLAUSMAN and LINDA A. KLASUMAN | Honorable Michael B. Kaplan |

## ORDER GRANTING FIRST AND FINAL ALLOWANCE OF FEES TO ACCOUNTANTS TO CHAPTER 7 TRUSTEE

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**

**DATED: December 7, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor: James E. Klausman and Linda A. Klausman

Docket No:   17-24541 (MBK)

Caption of Order:   Order Granting First and Final Allowances of Fees to Accountants
to Chapter 7 Trustee

---

Upon Consideration of the application of Speed Financial Services, Inc., Accountants to the John M. McDonnell, Chapter 7 trustee; and it appearing that due notice of said fee application was sent to all known creditors and parties in interest herein: and no objections to the allowance of such fees and expenses having files with the Clerk of this Court; and the Court having considered the Application as filed; and good cause appearing therefrom for the making of this Order, it is therefore

**ORDERED** that Speed Financial Services, Inc., be and the same are herby awarded a first and final allowance of fees in the amount of $1,750.00, together with reimbursement of actual out of pocket disbursements in the sum of $23.80, for a total award of $1,773.80.