Caption in Compliance with D.B,H, KBR 9004-2 ( c )

Speed Financial Services, Inc.
99 Morris Avenue
Springfield, New Jersey 07081
(973) 912-8216

**Order Filed on December 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.   17-24541(MBK) |
|---|---|
| JAMES E. KLAUSMAN and LINDA A. KLASUMAN | Honorable Michael B. Kaplan |

## ORDER GRANTING FIRST AND FINAL ALLOWANCE OF FEES TO ACCOUNTANTS TO CHAPTER 7 TRUSTEE

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**

**DATED: December 7, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:  James E. Klausman and Linda A. Klausman

Docket No:   17-24541 (MBK)

Caption of Order:   Order Granting First and Final Allowances of Fees to Accountants
to Chapter 7 Trustee

---

Upon Consideration of the application of Speed Financial Services, Inc., Accountants to the John M. McDonnell, Chapter 7 trustee; and it appearing that due notice of said fee application was sent to all known creditors and parties in interest herein: and no objections to the allowance of such fees and expenses having files with the Clerk of this Court; and the Court having considered the Application as filed; and good cause appearing therefrom for the making of this Order, it is therefore

**ORDERED** that Speed Financial Services, Inc., be and the same are herby awarded a first and final allowance of fees in the amount of $1,750.00, together with reimbursement of actual out of pocket disbursements in the sum of $23.80, for a total award of $1,773.80.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-24541-MBK
James E Klausman                                                  Chapter 7
Linda A Klausman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Dec 07, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.
db/jdb         +James E Klausman,   Linda A Klausman,   45 Alwat Street,   Woodbridge, NJ 07095-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              James Michael Almasy    on behalf of Debtor James E Klausman james@almasylaw.com,
               james@almasylaw.com
              James Michael Almasy    on behalf of Joint Debtor Linda A Klausman james@almasylaw.com,
               james@almasylaw.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               jcohen@mchfirm.com;NJ95@ecfcbis.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7