| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**McDonnell Crowley, LLC**<br>115 Maple Avenue<br>Red Bank, NJ 07701<br>(732) 383-7233<br>bcrowley@mchfirm.com<br>Brian T. Crowley (BC2778)<br>*Counsel to John M. McDonnell,*<br>  *Chapter 7 Trustee* | |
| In re:<br><br>JAMES E. KLAUSMAN and<br>LINDA A. KLAUSMAN,<br><br>                    Debtors. | Case No. 17-24541 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Chapter 7 |

Order Filed on December 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING FIRST AND FINAL ALLOWANCES TO
## MCDONNELL CROWLEY, LLC

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 21, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | James E. Klausman and Linda A. Klausman |
| Case No.: | 17-24541 (MBK) |
| Caption of Order: | Order Granting First and Final Allowances to McDonnell Crowley, LLC |

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDonnell Crowley, LLC<br>*Counsel to John M. McDonnell,*<br>*Chapter 7 Trustee* | $ 9,142.00 | $ 104.70 |