UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Counsel to John M. McDonnell,*
  *Chapter 7 Trustee*

Order Filed on December 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

JAMES E. KLAUSMAN and
LINDA A. KLAUSMAN,

Debtors.

Case No. 17-24541 (MBK)

Honorable Michael B. Kaplan

Chapter 7

**ORDER GRANTING FIRST AND FINAL ALLOWANCES TO**
**MCDONNELL CROWLEY, LLC**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 21, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | James E. Klausman and Linda A. Klausman |
| Case No.: | 17-24541 (MBK) |
| Caption of Order: | Order Granting First and Final Allowances to McDonnell Crowley, LLC |

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDonnell Crowley, LLC<br>*Counsel to John M. McDonnell,*<br>*Chapter 7 Trustee* | $ 9,142.00 | $ 104.70 |

United States Bankruptcy Court
District of New Jersey

In re:  
James E Klausman  
Linda A Klausman  
      Debtors

Case No. 17-24541-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db/jdb         +James E Klausman,    Linda A Klausman,    45 Alwat Street,    Woodbridge, NJ 07095-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:  
         Brian Thomas Crowley     on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com  
         Denise E. Carlon     on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         James Michael Almasy     on behalf of Debtor James E Klausman james@almasylaw.com, james@almasylaw.com  
         James Michael Almasy     on behalf of Joint Debtor Linda A Klausman james@almasylaw.com, james@almasylaw.com  
         John Michael McDonnell     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com  
         John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 7