| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>John Michael McDonnell<br>115 Maple Avenue<br>Suite 201<br>Red Bank, NJ 07701<br>Chapter 7 Trustee | **Order Filed on January 8, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br>JAMES E KLAUSMAN AND LINDA A KLAUSMAN | Case No.: 17-24541<br><br>Judge: Michael B. Kaplan |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES
The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: January 8, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: KLAUSMAN, JAMES E
Case No.: 17-24541-MBK
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

    Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,250.00 is reasonable compensation for the services in this case by John Michael McDonnell, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that $95.50 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.